**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-00752-LTB

ROCKIES CONDOMINIUM ASSOCIATION, INC., a Colorado non-profit corporation,

	Plaintiff,

v.

JOHN B. KUNEY, III and
U.S. DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE,

	Defendants.

___

**ORDER OF REMAND**
___

	Upon the Unopposed Motion to Remand Action to State Court (Doc 7), Defendant United States of America's Disclaimer (Doc 6), and review of the file, it is

	ORDERED that the Motion to Remand is GRANTED and this action is REMANDED to the District Court for Routt County, Colorado, for further proceedings.

						BY THE COURT:

						  s/Lewis T. Babcock		
						Lewis T. Babcock, Judge

DATED:   April 26, 2012